**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **JOSEPH BOUSKA** | : **Bankruptcy No. 26-14333** |
| | | : |
| | | : |
| | **DEBTOR** | : **Chapter 13** |

**CERTIFICATION OF SERVICE**

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 10/29/26

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-620-2132
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Joseph R. Bouska
1016 Mulberry Street
Chester Springs, PA 19425
Debtor

Via: __CM/ECF X__1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: __CM/ECF X__1st Class Mail __Certified Mail _____e-mail:_____ Other:

| | |
|---|---|
| **Absolute Resolutions Investments, LLC**<br>c/o Absolute Resolutions Corp.<br>8000 Normandy Center Drive, Suite 350<br>Minneapolis, MN 55437 | (15203203)<br>(cr) |
| **American Express National Bank**<br>c/o Becket & Lee, LP<br>POB 3001<br>Malvern, PA 19355-0701 | (15203204)<br>(cr) |
| **AT&T Mobility, LLC**<br>One AT&T Way<br>Room 3A104<br>Bedminster, NJ 07921 | (15197365)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15203206)<br>(cr) |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (15197367)<br>(cr) |
| **PA Department of Revenue**<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | (15203208)<br>(cr) |
| **PECO Bankruptcy Collections**<br>2301 Market Street, N3-1<br>Philadelphia, PA 19103 | (15197369)<br>(cr) |
| **Pickering Meadows Community Association**<br>c/o Marcus & Hoffman, P.C.<br>326 West State Street<br>Media, PA 19063 | (15203210)<br>(cr) |
| **PNC Bank**<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4704 | |
| **PNC Bank, National Association**<br>c/o KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | |

| | |
|---|---|
| **Portfolio Recovery Assoc., LLC**<br>PO Box 41067<br>Norfolk, VA 23541 | (15203212)<br>(cr) |
| **Premier Bankcard, LLC**<br>c/o Jefferson Capital Systems, LLC<br>POB 7999<br>Saint Cloud, MN 56302-9617 | (15203213)<br>(cr) |
| **Quantum3 Group, LLC**<br>Velocity Investments, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (15203214)<br>(cr) |
| **Volvo Car Financial Services, US, LLC**<br>c/o Weltman, Weinberg & Reis Co, LLP<br>965 Keynote Circle<br>Independence, OH 44131 | (15197376)<br>(cr) |